IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSE ANGEL PAMBLANCO,

          Appellant,

 v.                                                        Case No.  5D22-248
                                                           LT Case No. 2019-MH-1775-A-OR
STATE OF FLORIDA,

          Appellee.

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Orange County,
Lisa T. Munyon, Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe,
Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

          AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.